# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-543
_____

C.C., Father of S.C. and C.C.,
Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____


On appeal from the Circuit Court for Dixie County.
William R. Slaughter, Judge.

August 22, 2018


PER CURIAM.

     AFFIRMED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.


_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kimberly M. Garner of Ralph R. Deas Law Firm, Lake City; and Jennifer Barbookles of the Law Office of Jennifer Barbookles, P.A., Tampa, for Appellant.

Ward L. Metzger, Appellate Counsel, Children's Legal Services, Jacksonville; David P. Krupski, Guardian Ad Litem Program, Sanford; Thomasina F. Moore, Guardian Ad Litem Program, Tallahassee, for Appellee.